```
ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com
```

Attorneys for Defendant David Jorgensen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID JORGENSEN,<br><br>   Defendant | Case No.: CR 05-00341 JW<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO TERMINATE PROBATION EARLY<br><br>Hon. James Ware |

  The parties hereby stipulate that this Court should terminate defendant David Jorgensen's probation in the above entitled case pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3564(c) in the interests of justice.

  In support of this request, Mr. Jorgensen states:

  1. On August 9, 2004, Mr. Jorgensen pled guilty to one count of aiding and abetting mail fraud, in violation of 18 U.S.C. §§ 1341 and 2, and two counts of aiding and abetting wire fraud, in violation of 18 U.S.C. §§ 1343 and 2. The counts were reflected in two cases -- 04CR00108-001 (PAM) for the mail fraud count and 04CR00169-001 (PAM) for the wire fraud counts.

  2. On April 8, 2005 the District Court for the District of Minnesota sentenced Mr. Jorgensen to probation for two years, $1.25 million restitution, $500,000 fine, and a $300 special assessment. His probation was placed under the

1 supervision of the U.S. Probation Office for the United States District Court for the
2 District of Minnesota. Judgment was entered April 11, 2005.

3.  On May 2, 2005, the District Court for District of Minnesota issued two separate orders transferring jurisdiction of the probation for each case to the Northern District of California. In each order, the District Court wrote, "This Court hereby expressly consents that the period of [probation] may be changed by the District Court to which this transfer is made without further inquiry of this Court." (emphasis added).

4.  On May 3, 2005, the Court amended the judgment to reflect a 2 year term of probation, $864 restitution payable to United Airlines, $1.25 million extraordinary restitution, and $300 special assessment. The probation was as to each case – 04CR00108-001 (PAM) and 04CR00169-001 (PAM) – and would run concurrently.

5.  This Court accepted jurisdiction over these two cases on May 12, 2005, assigning two different case numbers. The docket number CR 05 00341 corresponded to the two wire fraud counts in JW 04CR00169-001 (PAM). CR 05-00332 corresponded to the mail fraud count in JW 04CR00108-001 (PAM).

6.  The statute governing early termination of probation, 18 U.S.C. § 3564(c), provides that "the court may terminate a term of probation previously ordered, . . . if it is satisfied that such action is warranted by the conduct of the defendant in the interest of justice."

7.  Defense counsel has reviewed the progress of Mr. Jorgensen with his probation officer, Esther Davis, U.S. Probation Officer. Ms. Davis has advised defense counsel that Mr. Jorgensen is fulfilling all the conditions of his probation and is doing well. She does not oppose an early termination of Mr. Jorgensen's probation.

8.  Mr. Jorgensen has been on probation since April 11, 2005, and has proven that he meets the criterion based on his good conduct for early termination of his probation under 18 U.S.C. § 3564(c). He has paid all fines, special assessments, and restitution required of him.

Stipulation and [Proposed] Order

-2-

ACCORDINGLY, the parties hereby stipulate that, in the interest of justice, the Court should terminate Mr. Jorgensen's probation in the above entitled case early pursuant to 18 U.S.C. § 3564(c), and pursuant to Rule 32.1(b). Concurrent with this stipulation, the parties are filing a stipulation to terminate early the corresponding probation in CR 05-00341 JW.

5/10/06

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
RAMSEY & EHRLICH LLP

KEVIN V. RYAN
UNITED STATES ATTORNEY

SUSAN KNIGHT
ASSISTANT UNITED STATES ATTORNEY

Good cause having been shown, IT IS SO ORDERED.

DATED: 05/30/06

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

1  ACCORDINGLY, the parties hereby stipulate that, in the interest of justice, the
2  Court should terminate Mr. Jorgensen's probation in the above entitled case early
3  pursuant to 18 U.S.C. § 3564(c), and pursuant to Rule 32.1(b). Concurrent with this
4  stipulation, the parties are filing a stipulation to terminate early the corresponding
5  probation in CR 05-00341 JW.

5/10/06

Respectfully Submitted,

RAMSEY & EHRLICH LLP

*[signature]* 1-11-06

ISMAIL RAMSEY
RAMSEY & EHRLICH LLP

KEVIN V. RYAN
UNITED STATES ATTORNEY

5/11/06

*[signature]*

SUSAN KNIGHT
ASSISTANT UNITED STATES ATTORNEY

Good cause having been shown, IT IS SO ORDERED.

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order

-3-